# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>             Debtors, | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>             Plaintiffs-Appellees,<br><br>-against<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>             Defendants-Appellants. | Adv. Pro No. 23-50379 (JTD)<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.<br><br>             Plaintiffs-Appellees,<br><br>-against-<br><br>MICHAEL GILES, *et al.*,<br><br>             Defendants-Appellants. | Adv. Pro. No. 23-50380 (JTD)<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware |

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## DEFENDANTS' JOINDER IN MOTION FOR LEAVE TO APPEAL

The undersigned Defendants-Appellants (the "Defendants"), by and through their counsel, hereby move this Court pursuant to 28 U.S.C. § 158(a)(3), Fed. R. Bankr. P. 8002, 8003(a), and 8004, and Local Rule 8003-1, for leave to appeal the Order [D.I. 289] (Exhibit A) and Memorandum Opinion [D.I. 288] (Exhibit B) entered by the U.S. Bankruptcy Court for the District of Delaware on October 10, 2024 (together, the "Motion to Dismiss Opinion & Order"), to the extent they denied in part Defendants' Motion to Dismiss the Complaint [D.I. 96].

To avoid duplication and for the Court's convenience, Defendants hereby join in the motion for leave to appeal from the Motion to Dismiss Opinion & Order filed by the Shareholder Defendants[2] in Adversary Proceeding No. 23-50380 (D.I. 298) and incorporate by reference the arguments made therein.[3]

This Joinder is without prejudice to, and Defendants-Appellants fully reserve, their right to raise additional arguments in respect of the Motion to Dismiss Opinion & Order. This Joinder is also without prejudice to Defendants-Appellants' rights to seek other appropriate relief. Defendants-Appellants hereby expressly reserve all rights with respect to the Motion to Dismiss Opinion & Order including, without limitation, the right to participate in oral argument at the time

---

[2] The Shareholder Defendants are The 2016 Karkal Family Trust; Acrew Capital Fund (A), L.P.; Acrew Capital Fund, L.P.; Acrew Capital MGP, LLC; Bain Capital Venture Fund 2019 LP; BCIP Venture Associates II, L.P.; BCIP Venture Associates II-B, L.P.; BCV 2019-MD Primary, L.P.; Buckley Ventures GP, LLC; Buckley Ventures, LP; Correlation Ventures II, LP; Fin VC Regatta I, LP; Homebrew Ventures III, LP; Jonathan Christodoro; Kamran Ansari; Launchpad Capital Fund I LP; LGF II, L.P.; Liquid 2 Ventures Fund II, L.P.; Propel Venture Partners, LLC; Propel Venture Partners US Fund I LP; Putnam (Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common); Samuel Jones; Torch Capital II, LP; Transpose Platform o/b/o TI Platform Fund II; TI Platform NLI Venture Limited II; Transpose Platform Fintech Fund II, L.P.; TI Platform Fund II, LP; Treasury Fund I, LP; Y Combinator ES20, LLC; and YCC20, L.P.

[3] For the avoidance of doubt, these arguments concern transfers that relate to the consideration paid in connection with the Embed acquisition, and not retention payments alleged to have been made to certain Defendants. Notably, the Court dismissed the preference claim against Michael Giles based on the alleged retention payment he received (Count 5). Motion to Dismiss Opinion at 27-29.

of the hearing, if any, on the motion for leave to appeal and/or the Motion to Dismiss Opinion & Order.

WHEREFORE, Defendants-Appellants respectfully request that the Court grant the motion for leave to appeal.

Dated: November 6, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Lucian Murley*
Lucian B. Murley (No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com

-and-

**PALLAS PARTNERS (US) LLP**

Joshua A. Naftalis (admitted *pro hac vice*)
Duane L. Loft (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
joshua.naftalis@pallasllp.com
duane.loft@pallasllp.com
anastasia.cembrovska@pallasllp.com
jingxi.zhai@pallasllp.com
adair.kleinpeter-ross@pallasllp.com

*Counsel to the Defendants Listed in Annex A*

# ANNEX A

9Yards Capital Investments II LP
Aaron Frank
AAVCF3 LP
Adapt VC LLC
Akhil Paul
Benjamin Londergan
Brandon Mann
Brent Johnson
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Christian Nordby
Christopher Harper
Christopher Young
Clayton Gardner
David Meents
Dena Wever
Derek Clark
EM Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
James Nichols
Joe Percoco
John Dwyer
Jonathan Duarte
Jonathan Weiner
Joshua Allen Slate
Justin Lovero
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kiara Baudoin
Kick the Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Matthew Lyon
Michael Ferrari
Michael Giles
Monique Saugstad
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
Philippe Jabre

PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
Stephen Harper
Stuart Sopp
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
TriplePoint Private Venture Credit Inc.
TriplePoint Venture Lending Fund, LLC
TriplePoint Ventures 5 LLC
VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>MICHAEL GILES, *et al.*,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 23-50380 (JTD) |

### **CERTIFICATE OF SERVICE**

    I, Lucian Murley, hereby certify that on November 6, 2024, I served a copy of the *Defendants' Joinder in Motion for Leave to Appeal* via Electronic Mail upon the persons listed on the Service List attached hereto.

53329849.1

**SAUL EWING LLP**

By: */s/ Lucian B. Murley*
　　Lucian B. Murley (DE Bar No. 4892)
　　1201 N. Market Street, Suite 2300
　　P.O. Box 1266
　　Wilmington, DE 19899
　　(302) 421-6898

Dated:  November 6, 2024

## **SERVICE LIST**

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

Steven L. Holley, Esquire
Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Christopher J. Dunne, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
holleys@sullcrom.com
dietdericha@sullcrom.com
bromleyj@sullcrom.com
glueckstein@sullcrom.com
dunnec@sullcrom.com
kranzleya@sullcrom.com

-and-


Sascha N. Rand, Esquire
Isaac Nesser, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
sascharand@quinnemanuel.com
isaacnesser@quinnemanuel.com

William Burck, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
williamburck@quinnemanuel.com

K. John Shaffer, Esquire
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
johnshaffer@quinnemanuel.com
*(Counsel to the Plaintiffs)*

Benjamin A. Hackman
Linda Richenderfer
Jonathan Lipshie
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov
*(Counsel to the United States Trustee)*

Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Jared W. Kochenash (No. 6557)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
mlunn@ycst.com
rpoppiti@ycst.com
jkochenash@ycst.com

-and-

Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com
*(Counsel to the Official Committee of Unsecured Creditors)*

53329849.1