# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Bankr. Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                Plaintiffs-Appellees,<br>    -against-<br><br>WILLIAM HOCKEY LIVING TRUST and 9YARDS CAPITAL INVESTMENTS II LP,<br><br>                Defendants-Appellants. | Adv. Pro. No. 23-50379<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware<br><br>1:24-mc-00562-CFC |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>　　　　　Plaintiffs-Appellees,<br>　-against-<br><br>MICHAEL GILES *et al.*,<br><br>　　　　　Defendants-Appellants. | Adv. Pro. No. 23-50380<br><br>Appeal from the United States Bankruptcy Court for the District of Delaware<br><br>1:24-mc-00568-CFC |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, the Defendants-Appellants listed in Annex A, through their respective undersigned counsel, make the following disclosures:

1. Defendant 9Yards Capital Investments II LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

2. AAVCF LLC is the parent corporation of Defendant AAVCF3 LP. No publicly held corporation owns 10% or more of the stock of AAVCF3 LP.

3. Defendant Adapt VC LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

4. Defendant Carol H. Duggan Revocable Living Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

5. Defendant Cathexis Subsidiaries GP, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

6. Defendant Cathexis Ventures, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

7. Defendant EM Fund I, a series of Chris Golda Investments, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

8. Defendant Embedfi June 2021, a series of Party Round LLC, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

9. Defendant Fairchild Fund III, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

10. Defendant Fund I, a series of 20VC, LP, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

11. Defendant Fund I, a series of Not Boring Capital, LP, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

12. Defendant Harland Group LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

13. Defendant Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

14. Defendant Kick the Hive LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

15. Defendant KV5 Pty Ltd ATF KV5 Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

16. Defendant Motivate Ventures Fund I, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

17. Defendant Motivate Ventures QP Fund I, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

18. Defendant Operator Partners, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

19. Defendant Peter T. Lawler Living Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

20. Defendant PruVen Capital Partners Fund I, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

21. DefendantS20, a series of Chris Golda Investments, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

22. Silverstone Venture Holdings Limited is the parent corporation of Defendant Silverstone Venture Investments Limited. No publicly held corporation owns 10% or more of the stock of Silverstone Venture Investments Limited.

23. Defendant Soma Capital Fund, III, LP does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

24. Defendant Soma Capital Fund III Partners LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

25. SWS Venture Capital, LLC is the parent corporation of Defendant SWS Holding Company, LLC. No publicly held corporation owns 10% or more of the stock of SWS Holding Company, LLC.

26. Defendant The Gardner 2008 Living Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

27. Defendant Thomas G. Miglis Revocable Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

28. Defendant TriplePoint Private Venture Credit Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

29. Defendant TriplePoint Venture Lending Fund, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

30. Defendant TriplePoint Ventures 5 LLC is wholly owned by TPC Intermediate LLC, which is itself wholly owned by TriplePoint Capital Holdings LLC.

31. VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

32. Defendant William Hockey Living Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

33. Defendant Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

34. Defendant Z Perret Trust does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 5, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (No. 4892)
Nicholas Smargiassi (No. 7265)
1201 North Market Street, Suite 2300,
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
luke.murley@saul.com
nicholas.smargiassi@saul.com

-and-

**PALLAS PARTNERS (US) LLP**
Joshua A. Naftalis (admitted *pro hac vice*)
Duane L. Loft (admitted *pro hac vice*)
Anastasia Cembrovska (admitted *pro hac vice*)
Jingxi Zhai (admitted *pro hac vice*)
Adair Kleinpeter-Ross (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Tel.: (212) 970-2300
joshua.naftalis@pallasllp.com
duane.loft@pallasllp.com
anastasia.cembrovska@pallasllp.com
jingxi.zhai@pallasllp.com
adair.kleinpeter-ross@pallasllp.com

*Counsel to the Defendants Listed on Annex A*

# ANNEX A

9Yards Capital Investments II LP
AAVCF3 LP
Adapt VC LLC
Carol H. Duggan Revocable Living Trust
Cathexis Subsidiaries GP, LLC
Cathexis Ventures, LP
Em Fund I, a series of Chris Golda Investments, LP
Embedfi June 2021, a series of Party Round LLC
Fairchild Fund III, LLC
Fund I, a series of 20VC, LP
Fund I, a series of Not Boring Capital, LP
Harland Group LLC
Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust
Kick The Hive LLC
KV5 Pty Ltd ATF KV5 Trust
Motivate Ventures Fund I, LP
Motivate Ventures QP Fund I, LP
Operator Partners, LLC
Peter T. Lawler Living Trust
PruVen Capital Partners Fund I, LP
S20, a series of Chris Golda Investments, LP
Silverstone Venture Investments Limited
Soma Capital Fund, III, LP
Soma Capital Fund III Partners LLC
SWS Holding Company, LLC
The Gardner 2008 Living Trust
Thomas G. Miglis Revocable Trust
Triplepoint Private Venture Credit Inc.
Triplepoint Venture Lending Fund, LLC
Triplepoint Ventures 5 LLC
Venturesouq Capital SPC o/b/o VSQ SP 59 (Ycs20)
William Hockey Living Trust
Yaselleraph Finance Pty Ltd ATF Yaselleraph Finance Trust
Z Perret Trust